UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                  CHAPTER 13 PROCEEDINGS
RICHARD WRIGHT                      CASE NUMBER: 05-20754
MARY ELIZABETH WRIGHT        HON: DANIEL S OPPERMAN
              Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

    Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $55.33 for deposits in the U. S. Registry as evidenced by the attached Check No. 235430 made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" on various dates in 2008 and 2009 distribution on behalf of the following creditor;

    Paysmart Providian Finance        $55.33        2008 and 2009

    Paysmart Providian Finance no longer handles accounts for Chase Cardmember Service.

Date: September 8, 2009                       /s/ Thomas W McDonald
                                                  Thomas W McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Ave
                                                  Saginaw Mi 48602
                                                  Telephone (989) 792-6766
                                                  ecf@mcdonald13.org